NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-877

KATHERINE LYNN BROTHERTON

VERSUS

JOHN DAVID BROTHERTON

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 97-3919
HONORABLE LILYNN ANNETTE CUTRER, DISTRICT JUDGE

**********

BILLIE COLOMBARO WOODARD
JUDGE

**********

Court composed of Billie Colombaro Woodard, Marc T. Amy, and Billy Howard Ezell, Judges.

AFFIRMED.

Eddie Douglas Austin Jr.
Austin Law Firm
1531 Hodges St
Lake Charles, Louisiana 70601
(337) 433-5767
Counsel for: Defendant/Appellant
John David Brotherton

Penelope Quinn Richard
Attorney At Law
132 Smith Circle
Cameron, Louisiana 70631
(337) 775-8131
Counsel for: Plaintiff/Appellee
Katherine Lynn Brotherton

Kathleen Morrissey Delaney
Austin Law Firm
1531 Hodges Street
Lake Charles, Louisiana 70601
(337) 433-5767
Counsel for: Defendant/Appellant
John David Brotherton